**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 116 WAL 2023

         Respondent         :

                                 :    Petition for Allowance of Appeal

                                 :    from the Order of the Superior Court

         v.                        :

                                 :

HELEN C. L. JORDAN,               :

                                 :

         Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.